UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21216-CIV-GOLD/McALILEY

EMMEDUE, S.P.A.

    Plaintiff,

v.

NEXTECH BUILDING SYSTEMS, INC. et al.,

    Defendants.
_____/

ORDER ADOPTING AND AFFIRMING MAGISTRATE'S
REPORT [DE 54]; GRANTING MOTION FOR SANCTIONS [DE 42] IN PART

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendations **[DE 54]** ("the Report") on Plaintiff's Motion for Sanctions **[DE 42]**. No objections were timely filed. Having reviewed the Report, the record, the applicable law, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. The Report **[DE 54]** is hereby ADOPTED AND AFFIRMED.

2. Plaintiff's Motion for Sanctions **[DE 42]** is GRANTED IN PART as follows:

    a. Judgment as to fees and costs will issue in favor of Plaintiff and against Defendants, Nextech Building Systems, Inc., Daniel Romero and Albert De La Vega, jointly and severally, for attorneys' fees in the amount of $34,462.50.

    b. A judgment of sanctions will issue in favor of Plaintiff and against Defendants, Nextech Building Systems, Inc. and Daniel Romero, jointly and severally, in the amount of $2,500.00.

3. All claims are DISMISSED WITH PREJUDICE.

4.  All pending motions are DENIED AS MOOT.

5.  This case is CLOSED.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 31 day of March, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    Magistrate Judge McAliley